UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>SUBPOENA TO JANET REHBERGER, SPOUSE OF PAUL REHBERGER<br>───────────────────────────<br>PAUL REHBERGER,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.,<br><br>Defendant. | Civil Action No. 13-831 (MLC)<br><br>ORDER |

This matter having been opened to the Court upon non-party Janet Rehberger's ("Rehberger") Motion to Quash [Docket Entry No. 1]; and Defendant Honeywell International, Inc. ("Honeywell") having opposed Rehberger's motion [Docket Entry No. 2]; and the Court having reviewed all of the arguments made in support of and in opposition to Rehberger's motion; and the Court having considered Rehberger's motion without oral argument pursuant to FED.R.CIV.P. 78; and for the reasons set forth in the Court's Memorandum Opinion accompanying this Order; and for good cause shown,

IT IS on this 21st day of May, 2013,

ORDERED that Rehberger's Motion to Quash is DENIED; and it is further

ORDERED that the Clerk of the Court terminate the aforementioned motion [Docket Entry No. 1] accordingly; and it is further

ORDERED that the Clerk of the Court terminate Civil Action No. 13-831.

                         s/Tonianne J. Bongiovanni
                         **HONORABLE TONIANNE J. BONGIOVANNI**
                         **UNITED STATES MAGISTRATE JUDGE**